**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case Number 14-20119

v.                                                   Honorable Nancy G. Edmunds

RAMIAH JEFFERSON,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR REFUND OF SPECIAL PENALTY ASSESSMENT [601]

On August 24, 2015, Defendant Ramiah Jefferson was convicted of RICO conspiracy in violation of 18 U.S.C. § 1962(d) and possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c). Judgment was entered on April 20, 2016. (ECF No. 461.)  As part of Defendant's sentence, he was ordered to pay a special penalty assessment of $200 consisting of $100 for each count on which he was found guilty. *See id.*  Defendant appealed his convictions and on November 12, 2019, on remand from the Supreme Court, the Sixth Circuit Court of Appeals vacated Defendant's § 924(c) conviction. (ECF No. 555.) Defendant is due to be re-sentenced on the remaining conviction on July 28, 2021.

On March 15, 2021, the Court received a letter motion from Defendant requesting a refund of $100 because one of his two convictions had been vacated.  (ECF No. 601.) The Court was able to verify a total payment from Defendant in the amount of $200. But Defendant has not yet been re-sentenced and his special assessment fee has not yet been reduced. Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE.

Should Defendant's special assessment fee be reduced in an amended judgment after re-sentencing, Defendant is free to refile his motion.

    SO ORDERED.

                                              s/ Nancy G. Edmunds  
                                              Hon. Nancy G. Edmunds  
                                              U. S. District Judge

Dated: June 11, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 11, 2021, by electronic and/or ordinary mail.

                                        s/Lisa Bartlett  
                                        Case Manager