UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case Number 14-20119

v.                                                     Honorable Nancy G. Edmunds

RAMIAH JEFFERSON,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S LETTER MOTION
## FOR REFUND OF SPECIAL PENALTY ASSESSMENT [639]

On August 24, 2015, Defendant Ramiah Jefferson was convicted of RICO conspiracy in violation of 18 U.S.C. § 1962(d) and possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c). Judgment was entered on April 20, 2016. (ECF No. 461.)  As part of Defendant's sentence, he was ordered to pay a special penalty assessment of $200 consisting of $100 for each count on which he was found guilty. (*See id.*)  Defendant appealed his convictions and on November 12, 2019, on remand from the Supreme Court, the Sixth Circuit Court of Appeals vacated Defendant's § 924(c) conviction. (ECF No. 555.) Defendant was re-sentenced on the remaining conviction on September 30, 2021. (ECF No. 618.) As he was now only convicted of one criminal count, he was ordered to pay a $100 special assessment fee. (*Id.*)

On January 10, 2022, the Court received a letter motion from Defendant requesting a refund of $100 because one of his two convictions had been vacated.  (ECF No. 639.) The Court was able to verify a total payment from Defendant in the amount of $200.

Accordingly, Defendant's motion is **GRANTED** and **IT IS HEREBY ORDERED** that the Clerk of Court shall refund $100 to Ramiah Jefferson, 49891-039, located at F.C.I. Milan, P.O. Box 1000, Milan, MI 48160.

    **SO ORDERED**.

                                      s/ Nancy G. Edmunds
                                      Hon. Nancy G. Edmunds
                                      U. S. District Judge

Dated: April 28, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2022, by electronic and/or ordinary mail.

                                      s/Lisa Bartlett
                                      Case Manager