UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMIAH JEFFERSON,

    Defendant.
_____/

Case Number 14-20119

Honorable Nancy G. Edmunds

## ORDER GRANTING DEFENDANT'S LETTER MOTION FOR REFUND OF SPECIAL PENALTY ASSESSMENT [639]

On August 24, 2015, Defendant Ramiah Jefferson was convicted of RICO conspiracy in violation of 18 U.S.C. § 1962(d) and possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c). Judgment was entered on April 20, 2016. (ECF No. 461.) As part of Defendant's sentence, he was ordered to pay a special penalty assessment of $200 consisting of $100 for each count on which he was found guilty. (See id.) Defendant appealed his convictions and on November 12, 2019, on remand from the Supreme Court, the Sixth Circuit Court of Appeals vacated Defendant's § 924(c) conviction. (ECF No. 555.) Defendant was re-sentenced on the remaining conviction on September 30, 2021. (ECF No. 618.) As he was now only convicted of one criminal count, he was ordered to pay a $100 special assessment fee. (Id.)

On January 10, 2022, the Court received a letter motion from Defendant requesting a refund of $100 because one of his two convictions had been vacated. (ECF No. 639.) The Court was able to verify a total payment from Defendant in the amount of $200.

Accordingly, Defendant's motion is **GRANTED** and **IT IS HEREBY ORDERED** that the Clerk of Court shall refund $100 to Ramiah Jefferson, 49891-039, located at F.C.I. Beckley, 1600 Industrial Park Road, Beaver, WV 25813.

**SO ORDERED**.

X *Nancy Edmunds*
Hon. Nancy G. Edmunds
U. S. District Judge

Dated: May 2, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 2, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager